UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

FILED
S OFFICE

APR 29 ℗ 12:03

DISTRICT COURT
OF MASS

ANN GAGLIARDI,

Plaintiff

v.

SOVEREIGN BANK,

Defendant

Civil Action
No. 05-10859-NG

## DEFENDANT'S CORPORATE DISCLOSURE

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure Defendant, Sovereign Bank ("Sovereign"), respectfully states that it is a wholly owned subsidiary of Sovereign Bancorp, Inc., a publicly traded Pennsylvania corporation. No entity owns ten percent (10%) or more of the stock on Sovereign Bancorp, Inc.

SOVEREIGN BANK

By their Attorneys,
RIEMER & BRAUNSTEIN LLP

Dated: April 2K, 2005

Dennis E. McKenna, BBO # 556428
Riemer & Braunstein LLP
Three Center Plaza
Boston, Massachusetts 02108
(617) 523-9000

## CERTIFICATE OF SERVICE

I, Dennis E. McKenna, hereby certify that on this date, April 2K 2005, I served the foregoing Corporate Disclosure by causing a copy of same to be delivered by first-class mail, postage prepaid, unless otherwise indicated, to: Michael C. McLaughlin, Esquire, Law Offices of Michael C. McLaughlin, One Beacon Street, 33rd Floor, Boston, Massachusetts 02108.

Dennis E. McKenna

889204.1