UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

ANN GAGLIARDI,

    Plaintiff

v.

SOVEREIGN BANK,

    Defendant

Civil Action
No. 05-10859-NG

## NOTICE OF WITHDRAWAL

TO THE CLERK OF THE ABOVE NAMED COURT:

    Please withdraw my appearance as attorney for the Plaintiff, Sovereign Bank.

                      SOVEREIGN BANK

                      By their Attorneys,
                      RIEMER & BRAUNSTEIN LLP

Dated: May __, 2005

                      _____
                      Dennis E. McKenna, BBO # 556428
                      Riemer & Braunstein LLP
                      Three Center Plaza
                      Boston, Massachusetts 02108
                      (617) 523-9000

### CERTIFICATE OF SERVICE

    I, Dennis E. McKenna, hereby certify that on this date, May ___, 2005, I served the foregoing Notice of Withdrawal by causing a copy of same to be delivered by first-class mail, postage prepaid, unless otherwise indicated, to: Michael C. McLaughlin, Esquire, Law Offices of Michael C. McLaughlin, One Beacon Street, 33rd Floor, Boston, Massachusetts 02108.

                      _____
                      Dennis E. McKenna

892190.1