UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ANN GAGLIARDI
    Plaintiff

v.                                    Civil Action No.
                                      05-10859-NG

SOVEREIGN BANK
    Defendant

## APPEARANCE

Please enter my appearance on behalf of defendant Sovereign Bank.

                                          /S/
                                    Kathleen C. Stone
                                    BBO# 481920
                                    Looney, Cohen, Reagan & Aisenberg LLP
                                    109 State Street
                                    Boston, MA 02109
                                    617-371-1050