# APPENDIX B

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

____ANN CAGLIARDI_____  _____ _____

            V.                        CASE NO. __05-10859-NG_____

____SOVEREIGN BANK_____  ___ _____

### NOTICE OF FILING WITH CLERK'S OFFICE

Notice is hereby given that the documents, exhibits or attachments listed below have been manually filed with the Court and are available in paper form only:

  Defendant's Opposition to Motion for Preliminary Injunction; and

  Affidavit of Bret E. Bokelkamp in Opposition to Motion for Preliminary Injunction with attached Exhibits.

The original documents are maintained in the case file in the Clerk's Office.

                                          Kathleen C. Stone
                                          BBO #481920
                                          Looney, Cohen, Reagan & Aisenberg LLP
__7/07/05_____                109 State Street, Boston, MA   02109   617-371-1050
    Date                                    Attorney for

                                          Sovereign Bank_____  __ __

(ECFManual MAtest.doc - 7/03)