UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MRS. ANN GAGLIARDI

                V.                CASE NO. 05-10859-NG

SOVEREIGN BANK

## NOTICE OF FILING WITH CLERK'S OFFICE

Notice is hereby given that the documents, exhibits or attachments listed below have been manually filed with the Court and are available in paper form only:

Exhibits 1 to 3 of Supplemental Memorandum in Support of Plaintiff Mrs. Ann Gagliardi's Motion for Preliminary Injunction Based upon the Plaintiff's First Amended Complaint and Demand for Jury Trial:

Exhibit 1 - Robert D. Kodis & another v. State Street Bank and Trust Company,
       as trustee……………………………………………………........15 pages
Exhibit 2 - Limited Recourse Guaranty………………………………………6 pages
Exhibit 3 - Forbearance Agreement……………………………………….25 pages

The original documents are maintained in the case file in the Clerk's Office.

Date: September 9, 2005       /s/ Michael C. McLaughlin, Esq.
                                         BBO# 337350
                                         Law Offices of Michael C. McLaughlin
                                         One Beacon Street, 33rd Floor
                                         Boston, MA 02108
                                         (617) 227-2275
                                         **Attorney for** Mrs. Ann Gagliardi, the Plaintiff