UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MRS. ANN GAGLIARDI

                            V.                    CASE NO. 05-10859-NG

SOVEREIGN BANK

## NOTICE OF FILING WITH CLERK'S OFFICE

Notice is hereby given that the documents, exhibits or attachments listed below have been manually filed with the Court and are available in paper form only:

Exhibits #1 through #4 of Motion to Compel Production of Documents and for Sanctions as described below:

Exhibit 1    Assented – To Protective Order (Ann Gagliadi v. Sovereign)…..2 pages
             Assented – To Protective Order (Sovereign v. Gagliardi)……....3 pages

Exhibit 2    Initial Memo and Credit Comment………………………………2 pages

Exhibit 3    Request for Production of Documents under Rule 34…………...5 pages

Exhibit 4    Defendant's Response to Plaintiff's Request for Production
             of Documents……………………………………………………9 pages

The original documents are maintained in the case file in the Clerk's Office.

Date: September 21, 2005       /s/ Michael C. McLaughlin, Esq.
                                          BBO# 337350
                                          Law Offices of Michael C. McLaughlin
                                          One Beacon Street, 33rd Floor
                                          Boston, MA 02108
                                          (617) 227-2275
                                          **Attorney for** Mrs. Ann Gagliardi, the Plaintiff