UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MRS. ANN GAGLIARDI

                         V.                    CASE NO. 05-10859-NG

SOVEREIGN BANK

## NOTICE OF FILING WITH CLERK'S OFFICE

Notice is hereby given that the documents, exhibits or attachments listed below have been manually filed with the Court and are available in paper form only:

Exhibits # 1 and # 2 of Additional Supplemental Memorandum in Support the Plaintiff's Motion for a Preliminary Injunction Based Upon Documents Discovered on September 15, 2005 as described below:

Exhibit 1    Assented – To Protective Order (Ann Gagliadi v. Sovereign)…....2 pages
                    Assented – To Protective Order (Sovereign v. Gagliardi)………..3 pages

Exhibit 2    Initial Memo and Credit Comment……………………………..2 pages

The original documents are maintained in the case file in the Clerk's Office.

Date: September 21, 2005        /s/ Michael C. McLaughlin, Esq.
                                       BBO# 337350
                                       Law Offices of Michael C. McLaughlin
                                       One Beacon Street, 33rd Floor
                                       Boston, MA 02108
                                       (617) 227-2275
                                       **Attorney for** Mrs. Ann Gagliardi, the Plaintiff