# APPENDIX B

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Ann Gagliardi, Plaintiff

V.　　　　　　　　　　CASE NO. 05-10859-NG

Sovereign Bank, Defendant.

## NOTICE OF FILING WITH CLERK'S OFFICE

Notice is hereby given that the documents, exhibits or attachments listed below have been manually filed with the Court and are available in paper form only:

Defendant's Reply to Plaintiff's Three Supplemental Memoranda with attached Exhibits

The original documents are maintained in the case file in the Clerk's Office.

Kathleen C. Stone, BBO #481920
Looney, Cohen, Reagan & Aisenberg, LLP
109 State Street
Boston, MA 02109

9/27/05
Date

Attorney for Defendant, Sovereign Bank

(ECFManual-MAtest.doc - 7/03)