UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-10859-NG

| | |
|---|---|
| MRS. ANN GAGLIARDI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| SOVEREIGN BANK, | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF APPEAL**

Notice is hereby given that Plaintiff Mrs. Ann Gagliardi hereby appeals to the United States Court of Appeals for the First Circuit from the Order of this Court denying the Plaintiffs Motion for Preliminary Injunction, dated September 28, 2005 in the above-referenced matter.

Respectfully Submitted,

Mrs. Ann Gagliardi,
By her counsel,

**LAW OFFICES OF MICHAEL C. MCLAUGHLIN**

Dated:  October 5, 2005      By:    /s/ Michael C. McLaughlin, Esq.
                                    (BBO# 367350)
                                    One Beacon Street, 33rd Floor
                                    Boston, MA 02108
                                    (617) 227-227

## **CERTIFICATE OF SERVICE**

I certify that a copy of Notice of Appeal was served on the following person on this date and in the manner specified herein: Electronically Served Through ECF: Kathleen C. Stone, Esquire, counsel for the Defendant.

Dated: October 5, 2005                                                /s/ Michael C. McLaughlin, Esq.