UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MRS. ANN GAGLIARDI

                V.                CASE NO. 05-10859-NG

SOVEREIGN BANK

## NOTICE OF FILING WITH CLERK'S OFFICE

Notice is hereby given that the documents, exhibits or attachments listed below have been manually filed with the Court and are available in paper form only:

Plaintiff Mrs. Ann Gagliardi's Emergency Motion for Preliminary Injunction Pending Appeal with attached Exhibits 1 – 16. Exhibits 4 and 11 have been attached in a separate envelope marked "confidential".

The original documents are maintained in the case file in the Clerk's Office.

Date: November 16, 2005        /s/Michael C. McLaughlin, Esq.
                                              BBO# 337350
                                              Law Offices of Michael C. McLaughlin
                                              One Beacon Street, 33rd Floor
                                              Boston, MA 02108
                                              (617) 227-2275
                                              **Attorney for** Mrs. Ann Gagliardi, the Plaintiff