# United States Court of Appeals
## For the First Circuit

No. 05-2743

ANN GAGLIARDI,

Plaintiff, Appellant,

v.

SOVEREIGN BANK,

Defendant, Appellee.

Before

Boudin, *Chief Judge*,
Campbell and Stahl, *Senior Circuit Judges*.

ORDER OF COURT

Entered: November 21, 2005

Appellant seeks a preliminary injunction pending appeal in order to prevent the foreclosure of a commercial property which she co-owns with her husband. The district court denied such relief after determining that appellant had not shown a likelihood of success on the merits. We find nothing in the parties' submissions or in the limited record available that calls this conclusion into serious question. For this reason, along with the others cited by the district court, the motion for a preliminary injunction pending appeal is *denied*.

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT
IS A TRUE AND CORRECT COPY OF
THE ORIGINAL ON FILE IN MY OFFICE
AND IN MY LEGAL CUSTODY.

FIRST CIRCUIT COURT OF APPEALS
BOSTON, MA
By: [signature]  Date: 11/21/05

By the Court:
Richard Cushing Donovan, Clerk.

By: __MARGARET CARTER__
    Chief Deputy Clerk.

[Certified Copies: Hon. Nancy Gertner and Sarah Thornton, USDC Clerk]

[cc: Michael C. McLaughlin, Esq., Dennis E. McKenna, Esq., Kathleen C. Stone, Esq.]