UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| ANN GAGLIARDI, | ) ) ) | **C.A. NO. 05-10859-NG** |
| Plaintiff, | ) ) |  |
| v. | ) ) |  |
| SOVEREIGN BANK, | ) ) |  |
| Defendant. | ) ) |  |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Ann Gagliardi, pursuant to Fed.R.Civ.P. 41(a)(1)(ii) and by her undersigned counsel, hereby stipulates to the dismissal of her claims in this action, with prejudice, all parties to bear their own costs and attorneys' fees.

                          Plaintiff,
                          **ANN GAGLIARDI,**
                          By her Attorney,

                          /s/Michael C. McLaughlin, BBO No. 367350
                          Law Offices of Michael C. McLaughlin
                          One Beacon Street
                          Boston, MA  02108
                          (617) 227-2275


                          Defendant
                          **SOVEREIGN BANK**
                          By its Attorneys,

                          /s/Kathleen C. Stone, BBO No. 481920
                          Looney, Cohen, Reagan & Aisenberg, LLP
                          109 State Street
                          Boston, MA  02109
                          (617) 371-1050

Dated:  November 22, 2005